```
ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ANTHONY HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-827 SBA |
|     Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING HEARING FOR** |
| v. ) | **CHANGE OF PLEA, AND JUDGMENT** |
| ) | **AND SENTENCING** |
| ANTHONY HARRIS, et al., ) | |
|     Defendants. ) | |

    IT IS HEREBY STIPULATED between the parties, with the concurrence of Probation, that the hearing currently scheduled for June 8, 2010 for change of plea and judgment and sentencing may be continued to July 27, 2010. A continuance is necessary for two reasons. First, counsel for defendant was sent out to trial last week in a murder case in state court. Jury selection is underway, and the trial is estimated to last up to July 2, 2010. Defense counsel is then scheduled to take a vacation until July 9, 2010. Second, the presentence investigation report has not yet been completed.

    Mr. Harris' co-defendant and the mother of his children, Yvette Wilson, is scheduled for change of plea and judgment and sentencing on July 27, 2010. The parties request that Mr.

STIPULATION AND PROPOSED ORDER CONTINUING
HEARING ON MOTION FOR RECONSIDERATION
United States v. Harris et al.

1  Harris's matter be continued to the same date and time.

2      The parties agree that time may be excluded pursuant to 18
3  U.S.C. section 3161(h)(1)(I), and further agree that the ends of
4  justice served by granting the continuance outweigh the best
5  interests of the public and defendant in a speedy trial.
6  Therefore, the parties stipulate and request that the Court exclude
7  time between **June 8, 2010** and July 27, 2010 under the Speedy Trial
8  Act for effective preparation of counsel, and continuity of defense
9  counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

    **SO STIPULATED**.

Dated: June 2, 2010     By:  /S/Christina McCall
                             CHRISTINA McCALL
                             Assistant U.S. Attorney


Dated: June 2, 2010     By:  /S/Erik Babcock
                             ERIK G. BABCOCK
                             Attorney for Defendant


    **SO ORDERED**.

Dated: 6/7/10           _____
                        HONORABLE SAUNDRA BROWN ARMSTRONG
                        United States District Judge