UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTHONY HARRIS,<br><br>        Defendant. | Case No:  CR 09-00827-02 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On August 5, 2010, this Court referred this matter to Magistrate Judge Ryu for a report and recommendation on the acceptance of Defendant's guilty plea. On August 23, 2010, Magistrate Judge Ryu issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea. The Court has received no objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Ryu's Report and Recommendation (Docket 55) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: _9/7/10                                                     _____
                                                                              SAUNDRA BROWN ARMSTRONG
                                                                              United States District Judge