UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY HARRIS,<br><br>　　　　　Defendant. | Case No: CR 09-00827-02 SBA<br><br>**ORDER**<br><br>[Docket No. 33] |

　　　On May 7, 2010, the Court received a letter from Anthony Harris (Defendant), requesting an order allowing Defendant to have correspondence with Yvette Wilson and allowing him two phone calls. (Docket No. 33.) Defendant has legal representation in this matter, and therefore should direct his inquires to his counsel. The Clerk is directed to forward a copy of Docket No. 33 to Defendant's counsel of record.

　　　IT IS SO ORDERED.

Dated: September 14, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge